IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**WARREN LOVITE LEWIS**                                                      **PLAINTIFF**

v.                                            CIVIL NO. 1:15-cv-116-HSO-JCG

**JULIE FLOWERS, WARDEN, AND**
**DAVID KILGORE, MEDICAL ADMINISTRATOR**
**FOR PEARL RIVER COUNTY JAIL**                                **DEFENDANTS**

## FINAL JUDGMENT OF DISMISSAL

The Court, after a full review and consideration of the record in this case, and relevant legal authority, finds that in accord with its Memorandum Opinion and Order herewith,

**IT IS, ORDERED AND ADJUDGED,** that this Civil Action is **DISMISSED WITHOUT PREJUDICE.**

**SO ORDERED AND ADJUDGED**, this the 15th day of December, 2016.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE